UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23302-RAR

NIGEL FRANK DE LA TORRE ARDO,

    Plaintiff,

v.

IMA-SUNSET ASSOCIATES, LLC
and SIAM KOI LLC,

    Defendants.
_____/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

    Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendants, IMA-SUNSET ASSOCIATES, LLC and SIAM KOI LLC, by and through undersigned counsel, hereby advise the Court that the parties have reached an agreement to settle the instant case and further STIPULATE AND AGREE to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

    STIPULATED AND AGREED by Counsel for the Parties on the dates below written. Respectfully submitted on September 19, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* | *By:* /s/ *Amy R. Bales* |
| RAMON J. DIEGO | AMY R. BALES |
| Florida Bar No. 689203 | Florida Bar No. 20511 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **BALES & BALES, P.A.** |
| 5001 SW 74th Court, Suite 103 | 4000 Ponce de Leon Blvd., Suite 470 |
| Miami, FL 33155 | Coral Gables, FL 33146 |
| Telephone: (305) 350-3103 | Telephone: (305) 777-0411 |
| Email: ramon@rjdiegolaw.com | Email: ables@balesandbales.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 19, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: */s/ Ramon J. Diego*
    RAMON J. DIEGO