UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23302-RAR

**NIGEL FRANK DE LA TORRE PARDO**,

    Plaintiff,

v.

**IMA-SUNSET ASSOCIATES, LLC**, and,
**SIAM KOI LLC**,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation of Final Dismissal with Prejudice, [ECF No. 11], filed on September 19, 2025. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of September, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**